**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 05-6424

JIMMY D. JONES,

Plaintiff - Appellant,

versus

STEVE LOFTIS; MIKE GARDNER; JEFFREY ARLEDGE;
DERRICK PENDERGRASS; JOHN DOE, 1-12 Officers;
GREENVILLE COUNTY SHERIFF'S OFFICE, Sued in
their individual and official capacities;
SOUTH CAROLINA HIGHWAY PATROL HEADQUARTERS
DISTRICT THREE,

Defendants - Appellees.

Appeal from the United States District Court for the District of
South Carolina, at Rock Hill. Terry L. Wooten, District Judge.
(CA-03-3098-25BD)

Submitted: August 3, 2005          Decided: August 18, 2005

Before WILKINSON, GREGORY, and DUNCAN, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Jimmy D. Jones, Appellant Pro Se. Charles Franklin Turner, Jr.,
CLARKSON, WALSH, RHENEY & TURNER, P.A., Greenville, South Carolina,
for Appellees.

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Jimmy D. Jones appeals the district court's order accepting the recommendation of the magistrate judge and denying relief on his 42 U.S.C. § 1983 (2000) complaint. We have reviewed the record and find no reversible error. Because Jones' excessive force claims lack merit under the Eighth, Fourth and Fourteenth Amendments, we affirm substantially on the reasoning of the district court. See Jones v. Loftis, No. CA-03-3098-25BD (D.S.C. Mar. 1, 2005). We deny Jones' motion for appointment of counsel. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED